UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELAINE ZARATE,<br><br>                        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                        Defendant. | Case No.: 18-cv-0223-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

    On January 31, 2018, Plaintiff Mary Elaine Zarate initiated this action by filing a Complaint (ECF No. 1), a Notice of Party with Financial Interest (ECF No. 2), and a Motion to Proceed *in Forma Pauperis* (ECF No. 3).

    All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); CivLR 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

| | |
|---|---|
| 1 | The affidavit filed by Zarate states that she is unable to pay the costs of these |
| 2 | proceedings. (ECF No. 3 at 1). Zarate's total monthly income is only $206 less than her |
| 3 | total monthly expenses, and Zarate currently "live[s] with friends" without paying rent. |
| 4 | *See id.* at 4–5. After considering Zarate's motion and affidavit, the Court determines that |
| 5 | Zarate cannot afford to pay the filing fee in this case and is eligible to proceed *in forma* |
| 6 | *pauperis* pursuant to 28 U.S.C. § 1915(a). |

IT IS HEREBY ORDERED that Plaintiff's motion to proceed *in forma pauperis* (ECF No. 3) is GRANTED.

IT IS FURTHER ORDERED that all matters arising in this Social Security case are referred to the Honorable Jill L. Burkhardt, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(a) and Local Civil Rule 72.1.

Dated: February 27, 2018

Hon. William Q. Hayes
United States District Court